IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

RICHARD HOEFT,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

Case No. 09-cv-117-wmc

JOHN CLARK, ANGELA NELSON,
JOHN DOE and JANE DOE,

    Defendants.

    This action came for consideration before the court with DISTRICT JUDGE WILLIAM M. CONLEY presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of defendants dismissing this case.

_____      4/29/10
Peter Oppeneer, Clerk of Court            Date